Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-218 RSL |
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DATE BY GREGORY L. SMITH |
| GREGORY L. SMITH, | ) | |
| Defendant | ) | |

THIS MATTER having come on for consideration by motion of defendant Smith, it appearing additional time is needed by the defense for the filing of pretrial motions and that this motion is not opposed by the government, IT IS

ORDERED the time within which pretrial motions are to be filed is extended from January 10, 2018 to January 17, 2018.

DATED this 11th day of January, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
PRETRIAL MOTIONS DATE - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003