The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY L. SMITH and
KYLE R. MCCLURE,

Defendants.

NO. CR17-218 RSL

[PROPOSED]
DISCOVERY PROTECTIVE ORDER

This matter, having come to the Court's attention on the Stipulation for Entry of a
Discovery Protective Order submitted by the United States of America and the
Defendants, GREGORY L. SMITH and KYLE R. MCCLURE, and their respective
attorneys, and the Court, having considered the motion, and being fully advised in this
matter, hereby enters the following PROTECTIVE ORDER:

1.    Protected Material

The following documents and materials are deemed Protected Material.  The
United States will make available copies of the Protected Materials, including those filed
under seal, to defense counsel to comply with the government's discovery obligations.
Possession of copies of the Protected Materials is limited to the attorneys of record, and

DISCOVERY PROTECTIVE ORDER
*United States v. Smith, et al.*, CR17-218 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  investigators, paralegals, law clerks, experts, and assistants for the attorneys of record

2  (hereinafter collectively referred to as members of the defense team).  This category of

3  Protected Materials will be marked and labeled as "Protected Material":

4          a.     Grand Jury transcripts and exhibits.

5          b.     Audio/video recordings of witnesses and defendants.

6          c.     Witness and defendant statements, including but not limited to

7  reports of law enforcement officers memorializing witness statements.

8          d.     The personal information related to victim/witnesses, and any

9  statements and documents containing personal information about or related to any

10  victims and witnesses.

11      As used in this Order, the term "personal information" refers to each victim and

12  witness's full name, date of birth, Social Security number (or other identification

13  information), driver's license number, address, telephone number, location of residence

14  or employment, school records, juvenile criminal records, and other confidential

15  information.

16      The party producing discovery is responsible for clearly identifying the material

17  that is covered under the terms of this order as protected.

18      2.    Scope of Review of Protected Material

19      The attorneys of record and members of the defense teams may display and review

20  the Protected Material with their respective Defendant. The attorneys of record and

21  members of the defense teams agree that providing copies of the Protected Material to the

22  Defendants and other persons is prohibited and they will not duplicate or provide copies

23  of Protected Material to the Defendants and other persons. The only exception to this

24  prohibition is that the attorneys of record and members of the defense teams may provide

25  electronic copies of Protected Material to the Federal Detention Center at SeaTac,

26  Washington, for use in a controlled environment by their respective Defendant, who is

27  currently in custody at the FDC.

28

DISCOVERY PROTECTIVE ORDER
*United States v. Smith, et al.*, CR17-218 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      The United States Attorney's Office for the Western District of Washington is

2  similarly allowed to display and review the Protected Material to lay witnesses, but is

3  otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e.

4  non-law enforcement witnesses.

5      3.    Consent to Terms of Protective Order

6      Members of the defense team shall provide written consent and acknowledgement

7  that they will each be bound by the terms and conditions of this Protective Order. The

8  written consent need not be disclosed or produced to the United States unless requested

9  by the Assistant United States Attorney and ordered by the Court.

10     4.    Parties' Reciprocal Discovery Obligations

11     Nothing in this order should be construed as imposing any discovery obligations

12  on the government or the defendant that are different from those imposed by case law and

13  Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

14     5.    Filing of Protected Material

15     Any Protected Material that is filed with the Court in connection with pre-trial

16  motions, trial, sentencing, or other matter before this Court, shall be filed under seal and

17  shall remain sealed until otherwise ordered by this Court. This does not entitle either

18  party to seal their filings as a matter of course. The parties are required to comply in all

19  respects to the relevant local and federal rules of criminal procedure pertaining to the

20  sealing of court documents.

21     6.    Nontermination

22     The provisions of this Order shall not terminate at the conclusion of this

23  prosecution.

24     7.    Violation of Protective Order

25     Any violation of any term or condition of this Order by the Defendants, their

26  attorney(s) of record, any member of the defense team, or any attorney for the

27  United States Attorney's Office for the Western District of Washington, may be held in

28

DISCOVERY PROTECTIVE ORDER
*United States v. Smith, et al.*, CR17-218 RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  contempt of court, and/or may be subject to monetary or other sanctions as deemed

2  appropriate by this Court.

3        If any Defendant violates any term or condition of this Order, the United States

4  reserves its right to seek a sentencing enhancement for obstruction of justice, or to file

5  any criminal charges relating to the Defendant's violation.

6        DATED this 21ˢᵗ day of February, 2018.

7

8

9  _____

10 HON. ROBERT S. LASNIK
   UNITED STATES DISTRICT JUDGE

11 Presented by:

12

13 /s/ Joseph Silvio
14 JOSEPH SILVIO

15

16 /s/ Terrence Kellogg
   TERRENCE KELLOGG

17

18 /s/ Steve Karimi
19 STEVE KARIMI

20

21

22

23

24

25

26

27

28

DISCOVERY PROTECTIVE ORDER
United States v. Smith, et al., CR17-218 RSL - 4