The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. SMITH,<br><br>Defendant. | No. CR17-218-RSL<br><br>~~[PROPOSED]~~<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

    a.    Assorted ballistic body armor plates, seized on or about August 15, 2017, from storage unit number L051, located at 10020 Martin Luther King Way South in Seattle, Washington (the "Body Armor").

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

///
///

Final Order of Forfeiture as to Certain Property - 1
United States v. Smith, CR17-218-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement that Defendant Gregory Smith entered on May 3, 2018, he agreed to forfeit his interest in the Body Armor, (Dkt. No. 59, ¶ 7);
- On November 9, 2018, the Court entered a Preliminary Order of Forfeiture finding the Body Armor forfeitable pursuant to pursuant to 21 U.S.C. 853(a) and forfeiting the Defendant's interest in the Body Armor, (Dkt. No. 100);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 112), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), (Dkt. Nos. 107, at 7; 107-1; and 110, at 2 n.1); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Body Armor exists in any party other than the United States;

2. The Body Armor is fully and finally condemned and forfeited, in its entirety, to the United States; and

///
///
///

Final Order of Forfeiture as to Certain Property - 2
*United States v. Smith*, CR17-218-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the Body Armor in accordance with the law.

IT IS SO ORDERED.

DATED this __1st__ day of __November__, 2019.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

_s/Neal B. Christiansen_
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture as to Certain Property - 3
*United States v. Smith,* CR17-218-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970